In the Matter of the Claim of John Toomey, Appellant, v. Village of Blasdell, New York, Respondent, for Damages, etc.— Order reversed, with costs, and matter remitted to the Special Term for the appointment of commissioners of appraisal, upon the authority of *Matter of Staub* v. *Village of Mamaroneck* (165 App. Div. 755). All concurred, except Kruse, P. J., who dissented upon the grounds stated in his dissenting memorandum in the case of *Matter of Lester* v. *Village of Blasdell* (167 App. Div. 947).

David Ruslander, Respondent, v. Evangelical Lutheran St. Johannes Gemeinde in Middle Ebenezer, Appellant.— Judgment modified by striking out the allowance of interest upon the amount found due, and as so modified affirmed, without costs of this appeal to either party. Held, that the claim was unliquidated and interest should not have been allowed. All concurred.

The People of the State of New York, Respondent, v. Frank L. Smith, Appellant.— Judgment of conviction and order disallowing demurrer affirmed. All concurred.

Fannie Gardner, Appellant, v. Town of Rathbone, Respondent.— Judgment and order affirmed, with costs. All concurred.

Frank Dapic, Appellant, v. Erie Railroad Company, Respondent.— Judgment affirmed, with costs. All concurred.

Paul H. Sandresky, Respondent, v. Erie Railroad Company, Appellant. — Judgment affirmed, with costs. All concurred.

Lillian G. Trout, as Executrix, etc., Appellant, v. Empire Shipbuilding Company and John F. Malone, Respondents.— Motion to amend decision so as to state that the reversal was upon questions of law only and that the facts had been examined and no error found therein, denied, with ten dollars costs.

Joseph Krulik, an Infant, etc., Respondent, v. Albert J. Rice and Another, Appellants.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Vera Robinson Coyne, Appellant, v. David P. Morehouse and Another, as Executors and Trustees, etc., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.